IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02722-REB-MEH

JOHN GREGORY, and
MARY LOU GREGORY,

      Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, and
FIDELITY NATIONAL FINANCE, INC.

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2010.**

      Plaintiffs' Motion to Amend Complaint [filed November 23, 2010; docket #11] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiffs need not seek leave of court to amend their Complaint once as a matter of course within 21 days after a responsive pleading is served. Here, the answer was filed on November 12, 2010. *See* docket #10. Plaintiffs may file their Amended Complaint and Jury Demand with the Court on or before December 3, 2010; Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).